**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TSX VENTURE EXCHANGE, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:03CV00871 SWW |
| | * | |
| VIRGIL THOMAS JOSEPH JACUZZI | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |

**ORDER**

Before the Court is Plaintiff's motion to compel post-judgment discovery (docket entry #38) and Defendant's response in objection to the motion (docket entry #39). After careful consideration, the motion to compel will be granted.

On June 22, 2005, the Court entered an amended and substituted judgment awarding Plaintiff $136,664.98 plus interest and costs. In support of its motion to compel, Plaintiff states that Defendant has filed to timely respond to post-judgment interrogatories and requests for production. Defendant responds that his attorney's trial schedule has prevented him from responding to Plaintiff's discover requests and that the motion to compel "simply is not warranted."

Federal Rule of Civil Procedure 69(a), provides judgment creditors the right to post-judgment discovery in aid of the judgment. Under Rule 69(a), a party "may obtain discovery

from any person . . . in the manner provided in these rules . . . or by the practice of the state in which the district court is held." *Id*.  Similarly, Arkansas Rule of Civil Procedure 69 provides, "In aid of a judgment or execution, a judgment creditor . . . may obtain discovery from any person . . . in the manner provided in these rules."  Ark. R. Civ. P. 69.   Pursuant to these rules, TSX has the right to conduct reasonable post-judgment discovery and "'is entitled to a very thorough examination of the judgment debtor.'"  *See Credit Lyonnais, S.A. v. SGC Intern., Inc.*, 160 F.3d 428, 430 (8th Cir. 1998)(quoting *Caisson Corp. V. County West Building Corp*., 62 F.R.D. 331, 335 (E.D. Pa. 1974).

The Court has reviewed Plaintiff's post-judgment discovery requests and finds that they seek information relevant to the discovery of assets or income which may be subject to satisfaction of the judgment in this case.   Accordingly, the motion to compel (docket entry #38) is GRANTED.

IT IS THEREFORE ORDERED that Defendant must provide complete responses to Plaintiff's post-judgment interrogatories and requests for production within fifteen (15) days from the entry date of this order.

IT IS SO ORDERED THIS 12TH  DAY OF SEPTEMBER, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE